UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Gold Star Honeybees, LLC dba Run Amok Mead,
Plaintiff,
v.
Runamok Maple, LLC,
Defendant.

Civil Action No. _____

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff, Gold Star Honeybees, LLC dba Run Amok Mead ("Plaintiff"), by and through its undersigned representative, alleges as follows:

## I. NATURE OF THE ACTION

**1.** This is an action for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 seeking a judicial determination that Plaintiff's use of the mark "Run Amok Mead" does not infringe any trademark rights held or claimed by Defendant, Runamok Maple, LLC ("Defendant").

**2.** Plaintiff seeks to resolve a dispute arising from Defendant's assertion that Plaintiff's use of "Run Amok Mead" infringes Defendant's trademark rights, despite Plaintiff's lawful use of the name since 2018 and federal licensure by the Alcohol and Tobacco Tax and Trade Bureau (TTB) since January 26, 2022.

## II. PARTIES

3. Plaintiff, Gold Star Honeybees, LLC dba Run Amok Mead, is a Maine limited liability company with a principal place of business at 1043 High Street, West Gardiner, Maine 04345.

4. Defendant, Runamok Maple, LLC, is a Vermont limited liability company with a principal place of business at 293 Fletcher Road, Fairfax, Vermont 05454.

## III. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and § 1338(a), as this action arises under the Lanham Act, 15 U.S.C. § 1051 et seq.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to the claim occurred in Maine and Plaintiff resides in this district.

## IV. FACTUAL BACKGROUND

7. Plaintiff has operated under the name "Run Amok Mead" since 2018, producing and selling mead, a fermented honey beverage, in compliance with federal and state regulations.

8. Plaintiff obtained a federal permit from the Alcohol and Tobacco Tax and Trade Bureau (TTB) on January 26, 2022, authorizing the production and sale of mead under the name "Run Amok Mead."

9. Plaintiff has invested significant time, resources, and goodwill in building its brand identity, including the use of distinctive logos, labels, and promotional materials.

**10.** Plaintiff's branding and marketing materials clearly identify its products as "Run Amok Mead," and Plaintiff maintains an active online presence under this name.

**11.** Defendant is engaged in the production and sale of maple syrup and related products and has recently expanded into alcoholic beverages.

**12.** Defendant holds trademark registrations for "Runamok" in various classes, including Class 033 for alcoholic beverages.

**13.** On August 1, 2025, Plaintiff contacted Defendant to propose a collaborative discussion regarding potential brand synergy.

**14.** A Google Meet was scheduled for August 6, 2025, during which Defendant asserted that Plaintiff's use of "Run Amok Mead" constituted trademark infringement.

**15.** Plaintiff was surprised by this assertion, given the distinct nature of the parties' products and branding.

**16.** Plaintiff's mead products are clearly labeled and marketed as "Run Amok Mead," and there is no evidence of consumer confusion between Plaintiff's products and Defendant's.

**17.** Plaintiff's use of "Run Amok Mead" predates Defendant's expansion into alcoholic beverages and its trademark filings in Class 033.

**18.** Plaintiff has not received any cease-and-desist letter or formal legal demand from Defendant, but Defendant's statements during the August 6, 2025 meeting created uncertainty regarding Plaintiff's continued use of its name.

**19.** Plaintiff uses the name "Run Amok Meadery" in formula submissions to the TTB, as required by regulatory guidelines, and such use is consistent with federal compliance.

20.  Plaintiff has not attempted to register "Run Amok Mead" as a trademark but has operated under this name continuously and in good faith since 2018.

21.  Plaintiff's business is geographically distinct from Defendant's, and Plaintiff's branding does not resemble Defendant's in style, tone, or presentation.

22.  Plaintiff has received no reports of consumer confusion and maintains a loyal customer base familiar with its products and identity.

23.  Plaintiff seeks judicial clarity that its continued use of "Run Amok Mead" does not infringe any rights held or claimed by Defendant, and that Plaintiff may continue to operate under its federally licensed name without interference.

24.  During the August 6, 2025 meeting, Defendant acknowledged the possibility of a coexistence agreement between the parties. While no formal agreement was reached, the discussion reflects a mutual recognition that both businesses may operate in distinct markets without consumer confusion.

## V. CLAIM FOR RELIEF

25.  Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 24.

26.  An actual controversy exists between Plaintiff and Defendant regarding Plaintiff's right to use the name "Run Amok Mead."

27.  Plaintiff is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that its use of "Run Amok Mead" does not infringe Defendant's trademark rights.

**28.** Plaintiff is further entitled to injunctive relief preventing Defendant from interfering with Plaintiff's continued use of its name.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief:

A. A declaration that Plaintiff's use of "Run Amok Mead" does not infringe any trademark rights held or claimed by Defendant;

B. An injunction preventing Defendant from interfering with Plaintiff's continued use of "Run Amok Mead";

C. An award of costs and reasonable attorney's fees, if applicable;

D. Such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

Dated: November 3, 2025

By:  \_/s/ Christine D. Hemenway_____
**Christine D. Hemenway**
Gold Star Honeybees, LLC dba Run Amok Mead
1043 High Street
West Gardiner, ME 04345
Phone: 207-466-2142  / 207-504-6738 mobile
Email: christy@runamokmead.com