UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| GOLD STAR HONEYBEES, LLC, and CHRISTINE HEMENWAY<br><br>Plaintiffs<br><br>v.<br><br>RUNAMOK MAPLE, LLC<br><br>Defendant | ) | No. 1:25-cv-551-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On July 27, 2026, the United States Magistrate Judge filed with the Court, with copies to the parties, the Recommended Decision (ECF No. 41) on the Plaintiff's Complaint (ECF No. 1). The time within which to file objections expired on August 12, 2026, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The case is dismissed without prejudice and the Motion for Entry of Default filed by the Defendant is dismissed as moot. (ECF No. 40).

**SO ORDERED.**

Dated this 27th day of August, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge