UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| GOLD STAR HONEYBEES, LLC, and CHRISTINE HEMENWAY | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 1:25-cv-551-LEW |
| RUNAMOK MAPLE, LLC | ) | |
| Defendant | ) | |

**ORDER VACATING JUDGMENT AND AMENDED ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

This matter is reinstated and the Court's Judgment of August 27, 2026, is vacated. The entry of judgment was erroneous because the individual Plaintiff may have claims on which to proceed in her own name. Additionally, the Defendant has filed counterclaims that should proceed to judgment.

On July 27, 2026, the United States Magistrate Judge filed with the Court, with copies to the parties, the Recommended Decision (ECF No. 41) on the Plaintiff's Complaint (ECF No. 1). Therein, the Magistrate Judge recommended the dismissal of Plaintiff GoldStar's claim due to the nonappearance of counsel to represent it. The time within which to file objections expired on August 12, 2026, and no objection was filed. The Magistrate Judge notified the Plaintiffs that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Plaintiff Gold Star Honeybees, LLC, cannot

proceed in this matter through a non-attorney representative, because it is a requirement that corporate entities appear through a licensed attorney. The claims of Gold Star Honeybees are therefore dismissed without prejudice. Christine Hemenway may continue as a party Plaintiff appearing *pro se*. The Defendant's Motion for Entry of Default on its counterclaim is reinstated. (ECF No. 40).

**SO ORDERED.**

Dated this 31st day of August, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge